IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MACARTHUR WHEELER,<br>    Petitioner<br><br>vs.<br><br>HARRY E. WILSON,<br>    Respondent | )<br>)<br>)<br>) Civil Action No. 07-616<br>) Judge Nora Barry Fischer/<br>) Magistrate Judge Amy Reynolds Hay<br>) |

**ORDER**

AND NOW, this 22nd day of July, 2008, after the Petitioner, Macarthur Wheeler, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until July 17, 2008 to file written objections thereto, and petitioner's copy of the report and recommendation having been returned by the United States Postal Service indicating that Petitioner has moved and left no address, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

  IT IS HEREBY ORDERED that the Habeas Corpus Petition is dismissed.

  IT IS FURTHER ORDERED that a Certificate of Appealability is denied.

  IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                  _____
                  NORA BARRY FISCHER
                  United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Macarthur Wheeler
C/O Renewal Resident Mail
P.O. Box 23475
Pittsburgh, PA 15222

Tracey A. Wilson,
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219